United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHNELL BENOIT § | |
| § | |
| VS § | CIVIL ACTION NO. 4:22-596 |
| § | |
| WHOLESALE ELECTRIC SUPPLY § | |
| COMPANY OF HOUSTON, INC. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 12). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next forty-five days.

SIGNED at Houston, Texas, this 3rd day of August 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE