United States District Court
Southern District of Texas
**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHNELL BENOIT, individually and on** | § | |
| **behalf of all other similarly situated** | § | |
| **PLAINTIFF** | § | |
| | § | |
| **v.** | § | **C.A. NO. 4:22-cv-00596** |
| | § | |
| **WHOLESALE ELECTRIC SUPPLY** | § | |
| **COMPANY OF HOUSTON, INC.** | § | |
| **DEFENDANT** | § | |

### ORDER OF DISMISSAL

On this day came to be heard the Parties' Joint Stipulation of Dismissal With Prejudice and the Court, having considered same, is of the opinion it is well-taken and should be granted. It is therefore:

ORDERED that the Joint Stipulation of Dismissal With Prejudice is hereby GRANTED and all of the Plaintiff's claims against Defendant, Wholesale Electric Supply Company of Houston, Inc., shall be dismissed with prejudice, and that the Parties shall bear their own costs and attorneys' fees. All costs are taxes against the party incurring same. Any relief not expressly granted is hereby DENIED.

Dated this ___7___ day of ___September___, 2022.

_____
United States District Judge